IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

RECEIVED
MAR 2 0 2014
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

JAMES SANDERSON )
    Plaintiff, )
    )
  vs. )
    )
JOE SCHMIDT )
DEBBIE MILLER )
DR.MICHEAL BOOTHE,DDS )
THE STATE OF ALASKA )
DEPT OF CORRECTIONS )

Case No._____CI

James Sanderson #245832
Anchorage Correctional Complex East
1400 E. 4th Ave
Anchorage Alaska 99501

COMPLAINT

1. Plaintiff: James Sanderson (Sanderson) is a resident of the State of Alaska pursuant to Alaska Stat. § 01.10.055, and is a prisoner incarcerated under an Alaska judgment at Anchorage Correctional Complex East. 1400 E. 4th Ave Anchorage, Alaska, 99501.

2. Defendants: Dr.Micheal Boothe,DDS. Debbie Miller, and Joe Schmidt are citizens of Alaska pursuant to Alaska Stat. § 01.10.055, and are employed by The Department of Corrections,(DOC). (Boothe,DDS) is located at 301 K. St.#106 Anch AK, 99501. Debbie Miller is located at ACCE 1400 E. 4th Ave Anch AK, 99501 And Joe Schmidt is located at 550 W. 7th ave Ste 601 ANCH AK 99501.

CAUSE OF ACTION
CLAIM ONE: DELIBERATE INDIFFERENCE TO MEDICAL NEEDS.

3. After repeated visits to Dr.Boothe. Where Sanderson has work done on his teeth by Dr.Boothe at Palmer Correctional Center. And at Anchorage Correctional Complex East. After having so many teeth removed by Dr.Boothe as a dentist. Being a part of Dept Of Corrections medical/dental staff. As a result Sanderson could no longer chew his food well enough to eat with out lots of ongoing pain because of the lack of chewing.

Case 3:14-cv-00053-SLG  Document 1-1  Filed 03/20/14  Page 1 of 5

He had requested a set of dentures made for him to fix this very
real problem that was and is still causing him this 8 out of 10
pain when he trys to eat. So he can once more chew his food without
causing this distress. He was denied. Dr. Boothe thru showing
deliberate indifference to his medical needs and treatment by his
denying a man with only a few teeth left a set of dentures. After
removing most of his teeth.

4. This has caused unnecessary pain and suffering and has made it
difficult for him to perform basic function like eating and chewing,
weight loss, and lack of sleep. This is not the first time Dr. Boothe
show's gross deficiencies in his dental procedures. (see case No.
3:13-cv-00032 TMB)

5. It seems to be Dr. Boothe's practice to improperly delay needed
dental treatment on prisoners. Which to date is still causing him
pain and decreased health by not being able to chew the food given
him. A medical condition that falls short of life threatening. This
can never the less constitute a "serious Medical Need", if result
in loss of function.

6. The Eigth Amendment was violated when Dr. Boothe failed to treat
Sanders serious medical need which resulted in this pain he is going
thru. Loss of weight and sleeplessness, even if it did not result in
a worsening of his condition. Pursuiant to AS 33.30.011
A prisoner in the custody of the Department of Corrections has the
right to receive medical/dental treatment; Exercising ordinary skill
and care at time of observation concludes with medical certainty,
if the prisoners problem could be serious.

James Sanderson #245832
Anchorage Correctional Complex East
1400 E. 4th Ave
Anchorage, Alaska 99501

Causing pain and sleeplessness as well as loss of weight by not
being able to chew his food. As a result of Boothe's extration's
caused Sanderson to suffer physical deformity as well as pain
occurring by unnecessary delay in medical treatment.
Boothe was deliberately indifferent to Sanderson's serious medical
needs in violation of his rights under the Eighth Amendment.
Boothe is a dentist employed by the Alaska Department of Corrections.
to provide dental care to prisoners that have been committed to
their custody and care. Boothe owes Sanderson a duty of due care
when providing dental care to Sanderson.
And in Case No. (3AN-81-5274 Civil). The Superior Court of Alaska's
"Department's status report" dated on December 5th 2013.
By John k. Bodick, Assistant Attorney General, Bar No. 8411098.
In (Michael Cleary,et al., VS. Robert Smith, et., Superior Court
Case No. 3AN-81-5274 Civil). Stateing Defendant Smith, et al.,
By and through Assistant Attorney General Jhon K. Bodick, hereby
provide the status ordered by the court on November 5, 2013.
Department medical officials have advised the undersigned that
offender Jhon Vann has been provided with dentures.
And not just because of this case, but because of all of the other
reasons stated in this complaint is why the courts should find
judgment in favor of Sanderson.
7. The Eighth Amendment to The United States Constitution obligates
prison dental staff to provide prisoners with adequate dental care.
when an indivdual is imprisoned, that person cannot go to his own,

James Sanderson #245832
Anchorage Correctional Complex East
1400 E. 4th Ave
Anchorage, Alaska 99501

doctor, dentist, medical clinic, or hospital. Or do anything else needed to avoid pain suffering or getting sick in the first place. Like eating well or being able to chew when most of his chewing teeth have been extrated. Thus, because prisoners lose the ablity to obtain their own dental care, The Supreme Court has recognized that prison officials have a duty to provide needed important dental care. because the prisoner cannot by reason of the deprivation of his freedom, and care for himself. The Department of Corrections shall ensure that sentenced and unsentenced prisoners have accuss to dental health care services comparable in quality to those available in the general public. P&P's of Department of Corrections 807.2

(Harrison VS. Barkley, 219 F. 3d 132, 138 (2nd Cir 2000)

(Farmer VS. Brennan, 511 U.S. 825, (1971) / Farmer, 511 U.S. at 838-39.

As  a result of Boothe's actions Sanderson is entitled to a set of dentures as well as compensation for pain and suffering incurred by Dr.Boothe's actions.

---

## Jury Trial

Sanderson demands a trial by jury.

## Prayer for Relief

WHEREFORE Sanderson prays for judgment in favor of Sanderson and against Defendants as follows:

For claim one: DELIBERATE INDIFFERENCE TO MEDICAL NEEDS.

Sanderson requests having the judge ORDER Dept of Corrections dental staff to order him a set of dentures to be provided to him at no cost.

James Sanderson #245832
Anchorage Correctional Complex East
1400 E. 4th Ave Anch, AK 99501

And because of the wanton maliciousness and oppressive charater in which Dr.Boothe had treated Sanderson, and the serious of his medical needs. A cash sum of $25.000.00 for past and present pain and suffering.


For claim two:          PROFESSIONAL NEGLIGENCE.

Exemplary Damages, .A) damages in the amount determined by a jury.

.B) for all costs associated with this action.

.C) For any other relief this court deems just and approprate.

   .D) $25.000.00


___3___, _14_, __2014__        _____
  Month      Day                        James Sanderson

James Sanderson #245832
Anchorage Correctional Complex East
1400 E. 4th Ave Anchorage, Alaska 99501